UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KENNETH WAYNE JOHNSON, | ) CASE NO. CV 17-02054-VAP (PJW) |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER DISMISSING CASE |
| v. | ) |
| N. MCDOWELL, et al., | ) |
| Defendants. | ) |

On December 31, 2018, the Court issued an order granting Defendants' motion to revoke Plaintiff's *in forma pauperis* status. (*See* Doc. No. 33.) Plaintiff was ordered to pay the $400.00 filing fee within 21 days from the date the order was filed or the case would be dismissed.

Plaintiff did not pay the filing fee. Instead, on January 11, 2019, Plaintiff filed an appeal of the Court's order in the United States Court of Appeals for the Ninth Circuit. (*See* Doc. No. 35.) On September 23, 2019, the Ninth Circuit issued an order denying Plaintiff's motion to proceed *in forma pauperis* and dismissed the appeal as frivolous. (*See* Doc. No. 39.)

As of this date, Plaintiff has still not paid the $400 filing fee.  Accordingly, the case is dismissed.

DATED: October 25, 2019.

VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

O:\VAP\ECF Ready\ED17CV02054 VAP(PJWx)-ORD-DISM.wpd