UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE JOHNSON,<br><br>            Plaintiff,<br><br>      v.<br><br>N. MCDOWELL, et al.,<br><br>            Defendants. | CASE NO. CV 17-02054-VAP (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Case,

IT IS ADJUDGED that the action is dismissed.

DATED: October 25, 2019 .

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

O:\VAP\ECF Ready\ED17CV02054 VAP(PJW)-JUDGMENT.wpd